**STATE**

v.

**Thomas FRENCH.**

**No. 86–186–M.P.**

Supreme Court of Rhode Island.

July 17, 1986.

**ORDER**

The petition for writ of certiorari is denied as moot.

■

**STATE**

v.

**David L. JORDAN.**

**No. 86–69–M.P.**

Supreme Court of Rhode Island.

July 17, 1986.

**ORDER**

The petition for habeas corpus is denied as moot.

■

**STATE**

v.

**Michael B. SHORE.**

**No. 86–226–M.P.**

Supreme Court of Rhode Island.
July 17, 1986.

**ORDER**

This case is assigned to the *show cause* calendar.

The respondent is directed to appear on a date to be assigned and show cause why the order of the District Court restoring to respondent certain property seized by police from his home should not be summarily quashed in light of the contentions raised by the State in its brief herein.

■

**Eva H. WOJCIK et al.**

v.

**Edward E. SINGLETON, D.P.M. et al.**

**No. 86–278–M.P.**

Supreme Court of Rhode Island.
July 17, 1986.

**ORDER**

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.